UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LA'DONTRAY L CHAISSON #622905 | CASE NO. 6:18-CV-01509 SEC P |
| VERSUS | JUDGE SUMMERHAYS |
| MEDICAL DEPT OF LAFAYETTE PARISH CORRECTIONAL CENTER ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

THUS DONE in Chambers on this 23rd day of January, 2019.

Robert R. Summerhays
United States District Judge